UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index No. CV 04 3027

JACQUELINE ROMAN and ANGEL ROMAN,

Plaintiff(s)

Calendar No.

against

KATERINA OSTROVSKY and
BUDGET ROADSIDE CARS,

Defendant(s)

**STIPULATION DISCONTINUING ACTION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
October 18th, 2005

MORRIS, DUFFY, ALONSO & FALEY
Attorney(s) for Defendant(s)
2 Rector Street
22nd Floor
New York, New York 10006
(212) 766-1888

BERNARD FINTZ, ESQ.
Attorney(s) for Plaintiff(s)
26 Court Street
Suite 2003
Brooklyn, New York 11242
(718) 852-2400

Defendant
Address

Defendant
Address

So ordered.
1/26/06

JSDJ